UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S," | ) |
| Plaintiff, | ) |
| v. | ) No.: |
| EMPIRE UNITED LINES CO., INC., *ET AL.* | ) |
| Defendants. | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

The plaintiff, OOO "Garant-S," states that it has no parent corporation and no publicly held corporation owning 10% or more of its stock

Respectfully submitted,

Kostyantyn Nesterov  Bar No. KN8081
11821 Parklawn Drive
Suite 206
Rockville, Maryland 20852
Telephone: (703) 400-1316
Kosta.nesterov@gmail.com

Dated: March 18, 2011