## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S" | ) Case No.: CV11-1324 |
| | ) Filing Date: 03-18-2011 |
| Plaintiff | ) |
| v. | ) |
| EMPIRE UNITED LINES, CO., INC., and MICHAEL KHITRINOV (aka "Michael Hitrinov"), | ) ATTY: |
| | ) Kostyantyn Nesterov, Esq. |
| | ) 11621 Parklawn Drive, Suite #206 |
| | ) Rockville, MD 20852 |
| Defendant(s) | ) |

### AFFIDAVIT OF SERVICE

STATE OF NY: COUNTY OF Kings ss:

I, HARRY BASS, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of NY. That on JULY 21, 2011 at 3:55 PM at 2303 CONEY ISLAND AVENUE, 2ND FLOOR, BROOKLYN, NY 11223, recipients BUSINESS OFFICE Deponent served the within CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT on EMPIRE UNITED LINES, CO., INC. therein named

CORPORATION: a corporation by delivering thereat a true copy of each to MICHAEL KHITRINOV AKA MICHAEL HITRINOV personally, deponent knew said corporation so served to be the corporation described in legal papers and identified himself/herself to be the OWNER authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Red   Age: 45   Height: 5'10"   Weight: 220 LBS.

COMMENTS:
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harry Bass, Lic. #1076668

Executed on: 7-22-11

Subscribed and sworn to before me, a notary public, on this 22nd day of July, 2011.

My Commission Expires: 03-22-12

Notary Public
Maria L. Bass No. 01BA6107290
State of New York County of Kings

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2012

ID: 11-017100

Client Reference: OOO v Khitrinov, et al

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S" | ) Case No.: CV11-1324 |
| | ) Filing Date: 03-18-2011 |
| Plaintiff | ) |
| v. | ) |
| EMPIRE UNITED LINES, CO., INC, and MICHAEL KHITRINOV (aka "Michael Hitrinov"), | ) ATTY: |
| | ) Kostyantyn Nesterov, Esq. |
| | ) 11821 Parklawn Drive, Suite #208 |
| | ) Rockville, MD 20852 |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

STATE OF NY: COUNTY OF Kings   ss:

I, HARRY BASS, being duly sworn deposes and says deponent is not a party to this action I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NY. That on JULY 21, 2011 at 3:55 PM at 2303 CONEY ISLAND AVENUE, BROOKLYN, NY 11223 at the recipients deponent served the within CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT on MICHAEL KHITRINOV (AKA "MICHAEL HITRINOV"), DEFENDANT, therein named.
INDIVIDUAL: By delivering a true copy of each to said personally, in hand the person so served identified him or herself to Deponent as such.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Red   Age: 45   Height: 5' 10"   Weight: 220 LBS.

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harry Bass, Lic. #1076668

Executed on: 7-20-11

Subscribed and sworn to before me, a notary public, on this 22nd day of July, 2011.

My Commission Expires: 03-22-12

Notary Public
Maria L. Bass No. 01BA6107290
State of New York County of Kings

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22.

ID: 11-017102

Client Reference: OOO v Khitrinov, et al