UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S" | ) |
|    Plaintiff, | ) ) ) |
|   v. | )   Case No.: 11-CV-1324-FB-LB |
| EMPIRE UNITED LINES CO., INC. et al. | ) ) ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Extend Time to Effect Service of Process and/or to Accept Proof of Service of Process as Timely Filed, it is this ___ day of _____, 2011, by the United States District Court for the Eastern District of New York

    ORDERED that plaintiff's motion be, and the same hereby is, granted, and it is further

    ORDERED that the deadline to effect service on the defendants be, and the same hereby is, extended to July 21, 2011, *nunc pro tunc*; and it is further

    ORDERED that proof of service of process on the defendants be, and the same hereby is, accepted as timely filed.

 

_____
JUDGE , UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK

Copies to:

Kostyantyn Nesterov
11821 Parklawn Drive,
Suite 206
Rockville, Maryland 20852

Michael Khitrinov
2303 Coney Island Ave.,
Brooklyn, New York, 11223