UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OOO "GARANT-S,"

                      Plaintiff,

      -against-

EMPIRE UNITED LINES CO., INC. et al.,

                      Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 27 2011 ★
BROOKLYN OFFICE

**ORDER**
11 CV 1324 (FB)(LB)

**BLOOM, United States Magistrate Judge:**

      Plaintiff's request to extend the time to file proof of service of process on defendants is hereby granted *nunc pro tunc*. Docket entry # 3. Defendants shall respond to the complaint within 21 days after being served, Fed. R. Civ. P. 12(a)(1)(A)(i), or plaintiff shall take appropriate action. Plaintiff shall serve a copy of this Order on defendants and file proof of service with the Court.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: July 27, 2011
       Brooklyn, New York