UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S"  )  )  Plaintiff,  )  )  v.  )  )  EMPIRE UNITED LINES CO., INC. et al.  )  )  Defendants.  ) | Case No.: 11-CV-1324-FB-LB |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on this 29th day of July, 2011, a true and correct copy of Docket Entry # 3, the July 27, 2011 order, extending time to file proof of service on the defendants, *nunc pro tunc,* in the above styled action, was served on the following defendants via first class mail, postage prepaid:

MICHAEL KHITRINOV
EMPIRE UNITED LINES CO., INC.
2303 Coney Island Avenue
Brooklyn, New York, 11223

Respectfully submitted,

_____/s/_____
Kostyantyn Nesterov  Bar No. KN8081
11821 Parklawn Drive
Suite 206
Rockville, Maryland 20852
Telephone: (703) 400-1316
Kosta.Nesterov@gmail.com