LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
EMPIRE UNITED LINES CO., INC. and MICHAEL KHITRINOV

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OOO "GARANT-S",<br><br>                        Plaintiff,<br><br>  -against-<br><br>EMPIRE UNITED LINES CO., INC. and MICHAEL KHITRINOV (aka "Michael Hitrinov"),<br><br>                        Defendants. | **ECF CASE**<br><br>11 Civ. 1324 (FB) (LB)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED ANSWER WITH COUNTERCLAIMS AND FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT** |

SIRS:

      PLEASE TAKE NOTICE, that upon the accompanying Affirmation of Jon Werner, with Exhibits, sworn to the 11th day of April, 2012, and all the prior pleadings and proceedings had herein, the undersigned will move this Court before the Honorable Frederic Block at the United States District Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York, as soon as counsel can be heard, for an Order granting leave to file an Amended Answer with Counterclaims pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting leave to file a Third-Party Complaint pursuant to Rule 14 of the Federal Rules of Civil Procedure against non-parties Garant-S, Inc., Dmitri Lanchinskiy, Alexey Ivkin, and Igor V. Yurkin, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       April 11, 2012

                                        LYONS & FLOOD, LLP
                                        Attorneys for Defendants
                                        EMPIRE UNITED LINES CO., INC. and
                                        MICHAEL KHITRINOV

By: _____
       Jon Werner, Esq.
       65 West 36th Street, 7th Floor
       New York, New York 10018
       (212) 594-2400

TO: Law Office of Dmitry A. Chernov
      11821 Parklawn Drive, Suite 206
      Rockville, MD 20852

      Attn: Dmitry A. Chernov, Esq.
             Kostyantyn Nesterov, Esq.

U:\FLOODDOC\2697001\Motions\NOM-amend.doc

## **CERTIFICATE OF SERVICE**

Jon Werner, an attorney duly admitted to practice before this Honorable Court, affirms on this 11th day of April 2012, that he served true copies of the foregoing, via email and by U.S. Mail, first-class postage pre-paid to:

> Law Office of Dmitry A. Chernov
> 11821 Parklawn Drive, Suite 206
> Rockville, MD 20852
>
> Attn: Kostyantyn Nesterov, Esq.
> **kosta.nesterov@gmail.com**
>
> Dmitry A. Chernov, Esq.
> **dchernov@aol.com**

_____
Jon Werner

U:\FLOODDOC\2697001\Motions\NOM-amend.doc